526

557 A.2d 340

**COMMONWEALTH of Pennsylvania**

v.

**Eric MARTINSON, Appellant.**

Supreme Court of Pennsylvania.

Argued April 14, 1989.

Decided April 18, 1989.

John C. McDougall, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Frances G. Gerson, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA and PAPADAKOS, JJ., dissent.